7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
MAR 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Plaintiff

08 C 50046
"Reinhard"

v.

Dawn Johnson
Defendant(s)

CASE NUMBER No. 99 CF 2951

JUDGE Michael Morrison

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Dawn Johnson, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # R36751  Name of prison or jail: Dwight
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount:_____

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages  ☐Yes  ☒No
      Amount_____  Received by_____

  b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

  c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

  d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                ☐Yes ☒No
Amount_____ Received by_____

  e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

  f. ☐ Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                ☐Yes ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____
_____

**Dwight Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 09/01/2007 thru End;   Inmate: R36751;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** R36751 Johnson, Dawn             **Housing Unit:** DWI-02-02-10

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 0.02 |
| 09/07/07 | Mail Room | 01 MO/Checks (Not Held) | 250222 | 08757474969 | Coleman, Marian | 50.00 | 50.02 |
| 09/12/07 | Point of Sale | 60 Commissary | 255767 | 310814 | Commissary | -49.91 | .11 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257114 | | ICI MONTH OF 8-07 | 199.15 | 199.26 |
| 09/18/07 | Mail Room | 01 MO/Checks (Not Held) | 261222 | 1179934 | Levin, Charlie | 20.00 | 219.26 |
| 09/19/07 | Point of Sale | 60 Commissary | 262790 | 311488 | Commissary | -149.35 | 69.91 |
| 09/28/07 | Disbursements | 88 postage | 271314 | Chk #100508 | 6113092507, Pitney Bowes Bank, Inv. Date: 09/25/2007 | -1.23 | 68.68 |
| 10/03/07 | Point of Sale | 60 Commissary | 276767 | 312244 | Commissary | -64.19 | 4.49 |
| 10/04/07 | Mail Room | 01 MO/Checks (Not Held) | 277222 | 20035284168 | Coleman, Mary | 50.00 | 54.49 |
| 10/10/07 | Point of Sale | 60 Commissary | 283790 | 312682 | Commissary | -53.58 | .91 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285114 | | ICI MONTH OF 9-07 | 164.68 | 165.59 |
| 10/17/07 | Point of Sale | 60 Commissary | 290790 | 313536 | Commissary | -99.73 | 65.86 |
| 10/23/07 | Mail Room | 01 MO/Checks (Not Held) | 296222 | 20035284861 | Coleman, Mary | 50.00 | 115.86 |
| 10/24/07 | Point of Sale | 60 Commissary | 2977111 | 314128 | Commissary | -75.77 | 40.09 |
| 11/01/07 | Mail Room | 01 MO/Checks (Not Held) | 305222 | 11636495021 | Ainley, Theresa | 10.00 | 50.09 |
| 11/07/07 | Point of Sale | 60 Commissary | 311790 | 314781 | Commissary | -49.62 | .47 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313114 | | ICI MONTH OF 10-07 | 154.90 | 155.37 |
| 11/09/07 | Disbursements | 88 postage | 313314 | Chk #100746 | 6113110507, Pitney Bowes Bank, Inv. Date: 11/05/2007 | -.41 | 154.96 |
| 11/15/07 | Point of Sale | 60 Commissary | 3197111 | 315566 | Commissary | -101.87 | 53.09 |
| 11/28/07 | Mail Room | 01 MO/Checks (Not Held) | 332222 | 20042589740 | Coleman, Marian | 50.00 | 103.09 |
| 11/30/07 | Disbursements | 88 postage | 334314 | Chk #100910 | 6113112707, Pitney Bowes Bank, Inv. Date: 11/27/2007 | -2.05 | 101.04 |
| 12/06/07 | Point of Sale | 60 Commissary | 340767 | 316930 | Commissary | -58.95 | 42.09 |
| 12/11/07 | Disbursements | 88 postage | 345314 | Chk #100954 | 6113121107, Pitney Bowes Bank, Inv. Date: 12/11/2007 | -1.99 | 40.10 |
| 12/13/07 | Mail Room | 01 MO/Checks (Not Held) | 347222 | 20046290379 | Coleman, Marian | 50.00 | 90.10 |
| 12/13/07 | Mail Room | 01 MO/Checks (Not Held) | 347222 | 20046290380 | Coleman, Marian | 15.00 | 105.10 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348114 | | ICI MONTH OF 11-07 | 110.47 | 215.57 |
| 12/17/07 | Disbursements | 88 postage | 351314 | Chk #100967 | 6113121407, Pitney Bowes Bank, Inv. Date: 12/14/2007 | -1.23 | 214.34 |
| 12/19/07 | Point of Sale | 60 Commissary | 353767 | 318171 | Commissary | -110.40 | 103.94 |
| 12/21/07 | Disbursements | 88 son's birthday | 355314 | Chk #101004 | 2163121707, Johnson, Jeffrey, Inv. Date: 12/17/2007 | -100.00 | 3.94 |
| 12/21/07 | Point of Sale | 60 Commissary | 355767 | 318462 | Commissary | 1.38 | 5.32 |
| 12/31/07 | Disbursements | 88 postage | 365311 | Chk #101090 | 6113122607, Pitney Bowes Bank, Inv. Date: 12/26/2007 | -.17 | 5.15 |
| 01/09/08 | Mail Room | 01 MO/Checks (Not Held) | 009222 | 08760932261 | Oinley, Theresa | 50.00 | 55.15 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011114 | | ICI MONTH OF 12-07 | 170.03 | 225.18 |
| 01/14/08 | Disbursements | 90 Medical Co-Pay | 014314 | Chk #101165 | 90122707, DOC: 523 Fund Reimbu, Inv. Date: 12/27/2007 | -2.00 | 223.18 |
| 01/16/08 | Point of Sale | 60 Commissary | 016790 | 320433 | Commissary | -161.67 | 61.51 |
| 01/23/08 | Mail Room | 01 MO/Checks (Not Held) | 023222 | 20053280285 | Coleman, Mary | 50.00 | 111.51 |
| 01/24/08 | Point of Sale | 60 Commissary | 024767 | 321040 | Commissary | -94.81 | 16.70 |
| 02/05/08 | Mail Room | 01 MO/Checks (Not Held) | 036222 | 20053280778 | Coleman, Mary | 40.00 | 56.70 |
| 02/07/08 | Point of Sale | 60 Commissary | 038767 | 321918 | Commissary | -56.11 | .59 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039114 | | ICI MONTH OF 1-08 | 115.21 | 115.80 |
| 02/14/08 | Point of Sale | 60 Commissary | 0457106 | 322504 | Commissary | -99.93 | 15.87 |
| 02/19/08 | Point of Sale | 60 Commissary | 0507106 | 323114 | Commissary | -15.74 | .13 |
| 02/21/08 | Mail Room | 01 MO/Checks (Not Held) | 052234 | 08857778350 | Ainley, Theresa | 25.00 | 25.13 |
| 02/25/08 | Mail Room | 01 MO/Checks (Not Held) | 056234 | 202777 | Melendez, Efrain | 25.00 | 50.13 |
| 02/29/08 | Disbursements | 88 postage | 060314 | Chk #101565 | 6113022608, Pitney Bowes Bank, Inv. Date: 02/26/2008 | -2.16 | 47.97 |

**Dwight Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 09/01/2007 thru End;　Inmate: R36751;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: R36751 Johnson, Dawn**　　　　**Housing Unit: DWI-02-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/05/08 | Mail Room | 01 MO/Checks (Not Held) | 065222 | 20058258939 | Colelman, Mary | 40.00 | 87.97 |
| 03/06/08 | Point of Sale | 60 Commissary | 066790 | 324223 | Commissary | -61.60 | 26.37 |
| 03/12/08 | Point of Sale | 60 Commissary | 072790 | 324818 | Commissary | -25.94 | .43 |

|  |  |
|---|---|
| Total Inmate Funds: | .43 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .43 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 03-12-08                             _____ R36751
                                                Signature of Applicant

                                           Dawn Johnson  R36751
                                                (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Dawn Johnson, I.D.# R36751, has the sum of $ .43 on account to his/her credit at (name of institution) Dwight Corr Center. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 223.24. (Add all deposits from all sources and then divide by number of months).

3/13/08                                    _____
DATE                                       SIGNATURE OF AUTHORIZED OFFICER

                                           Amy Jensen
                                                (Print name)



rev. 7/18/02