U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 50046 |

United States of America ex rel. Dawn Johnson Petitioner

v.

Mary Sigler, Warden, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mary Sigler, Warden, Respondent.

| |
|---|
| NAME (Type or print)<br>    Sheri Wong |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Sheri Wong |
| FIRM<br>    Office of the Illinois Attorney General - Criminal Appeals Division |
| STREET ADDRESS<br>    100 W. Randolph Street, 12th Floor |
| CITY/STATE/ZIP<br>    Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    6291090 | TELEPHONE NUMBER<br>312-814-3692 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X    NO G |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES G    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES G    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO G |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL G        APPOINTED COUNSEL G |