UNITED STATES DISTICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISON

**FILED**

MAY 2 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DAWN JOHNSON | ) ) | |
| Petioner, | ) | |
| v. | ) ) | No. 08 C 50046 |
| MARY SIGLER, Warden, Dwight Correctional Center, | ) ) | The Honorable Philip G Reinhard, |
| Respondent. | ) ) | Judge Presiding. |

### PETITIONER RESPONSE TO RESPONDENTS MOTION TO DISMISS

Petitioner respectfully requests that this court forgive the lateness of the filing of her Writ of Habeas Corpus.

Petitioner agrees to the knowledge of a one year period of limitations but was not aware that time had begun during the appeal process. According to information given by the Dwight Legal Library petitioner had one year after filing a Writ of Certiorari in the United States Supreme Court. Which was denied April 16, 2007. According to guide lines given, petitioner's petition for Writ of Habeas Corpus in the court on following claims had been filed in a timely fashion.

- The court improper jury vior Dire examination
- The jury was not instructed correctly
- Ineffective assistance of counsel during trial
- Two separate points made in defendants claim of actual innocence supported by affidavit wrote by co-defendant John White.

Petitioner will respectfully request that this court would not dismiss an actual innocence claim based on written affidavit by co-defendant John White on November 20, 2003. Affidavit was not available at trial in June of 2001, just as it could not have been presented on appeal due to being unavailable for an appeal in 2002 or 2003.

## **CONCLUSION**

Petitioner respectfully request that this court does not dismiss the petition for Writ of Habeas Corpus or actual innocence claim due to being untimely.

May 16th, 2007

Respectfully Submitted,

Dawn Johnson  R-36751
23813 E. 3200 North Road
Dwight, Illinois  60420-8144

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008, I mailed Petitioner's response to Respondent's motion to dismiss to the following parties using the U.S. Postal Service:

Office of Clerk of the
U.S. District Court
United States Court House
211 South Court Street
Rockford, Illinois 61101
( 2 copies )

Chief, Criminal Appeals Division
Attorney General's Office
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
( 1 copy )

*Dawn Johnson R36751*

Dawn Johnson
23813 E. 3200 N. Road
Dwight, IL 60420-8144

State of Illinois
County of Livingston
On this 16 day of May, 2008
before me personally appeared
Dawn Johnson
to me known to be the person who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed
SEAL (signed) *Beatrice E. Stanley*
Notary Public

OFFICIAL SEAL
BEATRICE E. STANLEY
Notary Public - State of Illinois
My Commission Expires Dec 20, 2010

Dawn Johnson R36751
23813 E. 3200 N. Rd
Dwight, IL. 60420

This Correspondence Is From An Inmate Of The Illinois Department Of Correction

Legal mail

Office of Clerk of the
U.S. District Court
United States Court House
211 South Court Street
Rockford, Illinois 61101

MAILED FROM ZIPCODE 60420
$00.17
MAY 21 2008
PITNEY BOWES