# United States District Court
## Northern District of Illinois
### Western Division

U.S. ex rel. Dawn Johnson         **JUDGMENT IN A CIVIL CASE**

       v.                                  Case Number: 08 C 50046

Warden Mary Sigler

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court grants respondent's motion to dismiss and dismisses this cause in its entirety.

Michael W. Dobbins, Clerk of Court

Date: 6/10/2008

/s/ Jennifer Titak, Deputy Clerk